OCTOBER 24, 2002

No. 02–470. RODRIGUEZ-BAHENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.2. ▪

No. 01–9094. ABDUR'RAHMAN *v.* BELL, WARDEN. C. A. 6th Cir. [Certiorari granted, 535 U. S. 1016.] The parties are directed to file supplemental briefs addressing the following questions: "Did the Sixth Circuit have jurisdiction to review the District Court's order, dated November 27, 2001, transferring petitioner's Rule 60(b) motion to the Sixth Circuit pursuant to 28 U. S. C. § 1631? Does this Court have jurisdiction to review the Sixth Circuit's order, dated February 11, 2002, denying leave to file a second habeas corpus petition?" Briefs are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, October 31, 2002. Twenty copies of the briefs prepared under this Court's Rule 33.2 may be filed initially in order to meet the October 31 filing date. Rule 29.2 does not apply. Forty copies of the briefs prepared under Rule 33.1 are to be filed as soon as possible thereafter.

OCTOBER 29, 2002

No. 02A339 (02–127). MCGRATH, WARDEN, ET AL. *v.* CHIA. C. A. 9th Cir. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the May 21, 2002, order of the United States District Court for the Central District of California, case No. 97–CV–51, is hereby stayed pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

NOVEMBER 1, 2002

No. 01–729. SMITH ET AL. *v.* DOE ET AL. C. A. 9th Cir. [Certiorari granted *sub nom.* Otte v. Doe, 534 U. S. 1126.] Motion of respondents for divided argument denied.